```
              LAW OFFICES OF
     WELTMAN, WEINBERG & REIS CO., L.P.A.
         323 W. Lakeside Ave. Ste. 200
             Cleveland, OH 44113-1099
         (216) 739-5752    (800) 392-1887
   Mon-Thurs 8am-9pm, Fri 8am-5pm, & Sat 8am-12pm EST
```

March 2, 2007    5871652/H11/349/5172290/0849

JOANNE GRAFF
210 EL CARMELO AVE UPPR
PALO ALTO, CA 94306


Re: LVNV FUNDING LLC
Account No.: 203327884
Balance Due as of March 2, 2007: $5157.96
Our File No.: 5871652

Dear JOANNE GRAFF:

Please be advised that this law firm has been retained to collect the outstanding balance due and owing on this account. As of the date of this letter you owe the amount listed above. Therefore, it is important that you contact our office to discuss an appropriate resolution for this matter.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

This law firm is a debt collector attempting to collect this debt for our client and any information obtained will be used for that purpose.Unless you dispute the validity of this debt, or any portion thereof, within thirty (30) days of receipt of this letter, we will assume that the debt is valid.  If you notify us in writing within the thirty (30) day period that the debt, or any portion thereof, is disputed, we will obtain verification of the debt and mail you a copy.If you request in writing within the thirty (30) day period, we will provide you with the name and address of the original creditor if different from the current creditor.

Thank you for your attention to this matter.

                         Sincerely,

                         Weltman, Weinberg & Reis Co., L.P.A.


EXHIBIT 1

## PRIVACY NOTICE

This Privacy Notice is being given on behalf of each of the following related companies (the "Sherman Companies"). It describes the general policy of the Sherman Companies regarding the personal information of customers and former customers.

| | | |
|---|---|---|
| Sherman Acquisition, LP | Sherman Acquisition, LLC | Ascent Card Services, LLC |
| Resurgent Capital Services, LP | FNBM, LLC | LVNV Funding, LLC |
| Sherman Acquisition II, LP | Sherman Acquisition TA, LP | Ascent Card Services II, LLC |

**Information We May Collect.** The Sherman Companies may collect the following personal information: (1) information that we receive from your account file at the time we purchase or begin to service your account, such as your name, address, social security number, and assets; (2) information that you may give us through discussion with you, or that we may obtain through your transactions with us, such as your income and payment history; (3) information that we receive from consumer reporting agencies, such as your creditworthiness and credit history, and (4) information that we obtain from other third party information providers, such as public records and databases that contain publicly available data about you, such as bankruptcy and mortgage filings. All of the personal information that we collect is referred to in this notice as "collected information".

**Confidentiality and Security of Collected Information.** At the Sherman Companies, we restrict access to collected information about you to individuals who need to know such collected information in order to perform services in connection with your account. We maintain physical safeguards (like restricted access), electronic safeguards (like encryption and password protection), and procedural safeguards (such as authentication procedures) to protect collected information about you.

### Sharing Collected Information with Affiliates and Third Parties

**Sharing with Affiliates.** From time to time, the Sherman Companies may share collected information about customers and former customers with each other and with their affiliated financial services companies in connection with administering and collecting accounts.

**Sharing with Third Parties.** The Sherman Companies do not share collected information about customers or former customers with third parties, except as permitted by applicable privacy law. For example, collected information may be shared in certain circumstances (A) with third parties, to service or enforce accounts, (B) with credit reporting agencies, and (C) with law enforcement officials, to protect against fraud or other crimes.

**Special Notice Regarding Collected Information Subject to the Fair Debt Collection Practices Act.**

This Privacy Notice is being sent to you by the Sherman Companies in accordance with federal privacy law, and it describes our privacy practices generally. However, please be assured that collected information that is received or used for purposes of collecting a debt subject to the Fair Debt Collection Practices Act is communicated only in accordance with that Act.

**WELTMAN, WEINBERG & REIS CO., L.P.A.**
LAKESIDE PLACE
323 W LAKESIDE AVE STE 200
CLEVELAND, OH 44113-1099

ADDRESS SERVICE REQUESTED

March 2, 2007     5871652/H11/349/5172290/0

JOANNE GRAFF
210 EL CARMELO AVE UPPR
PALO ALTO, CA 94306