# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JO ANNE GRAFF

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

WELTMAN, WEINBERG & REIS CO., L.P.A.

C07 03186 RMW PVT



**TO:**

Weltman, Weinberg & Reis Co., L.P.A.
c/o Alan Weinberg, Agent for Service
323 West Lakeside Avenue, Suite 200
Cleveland, Ohio  44113-1099

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 416
San Jose, CA  95113-2404

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING
_____
CLERK

6-18-07
_____
DATE

(BY) DEPUTY CLERK
Sandy Morris

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Fred W. Schwinn (SBN 225575)<br>Consumer Law Center, Inc.<br>12 South First Street, Suite 1014<br>San Jose, California 95113-2403<br>TELEPHONE NO.: (408) 294-6100     FAX NO. *(Optional):* (408) 294-6190<br>E-MAIL ADDRESS *(Optional):* fred.schwinn@sjconsumerlaw.com<br>ATTORNEY FOR *(Name):* PLAINTIFF | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: UNITED STATES DISTRICT COURT FOR THE
MAILING ADDRESS: NORTHERN DISTRICT OF CALIFORNIA
CITY AND ZIP CODE: 280 South First Street, Room 2112
BRANCH NAME: San Jose, California 95113

PLAINTIFF/PETITIONER: JO ANNE GRAFF

DEFENDANT/RESPONDENT: WELTMAN, WEINBERG & REIS CO., L.P.A.

CASE NUMBER:
C07-03186-RMW-PVT

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [X] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)* : Order Setting Initial Case Management Conference; Standing Order Regarding Case Management in Civil Cases; Consent to Proceed Before a US Magistrate Judge; ECF Registration Information Handout
3. a. Party served *(specify name of party as shown on documents served)*:
      WELTMAN, WEINBERG & REIS CO., L.P.A.

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made)*(specify name and relationship to the party named in item 3a):*
      Alan Weinberg, Agent for Service

4. Address where the party was served:
   323 West Lakeside Avenue, Suite 200
   Cleveland, OH  44113-1099
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)* :                              (2) at *(time)* :
   b. [ ] **by substituted service.** On *(date)* :             at *(time)* :             I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)* :             from *(city)*:             or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

Martin Dean's
ESSENTIAL FORMS™

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: JO ANNE GRAFF | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: WELTMAN, WEINBERG & REIS CO., L.P.A. | C07-03186-RMW-PVT |

5.  c.  [X] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
    (1) on *(date)*: June 26, 2007          (2) from *(city)*: San Jose, California
    (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.) (Code Civ. Proc., § 415.30.)
    (4) [X] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
  d. [ ] **by other means** *(specify means of service and authorizing code section)*:

  [X] Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
    a. [ ] as an individual defendant.
    b. [ ] as the person sued under the fictitious name of *(specify)*:
    c. [ ] as occupant.
    d. [ ] On behalf of *(specify)*:
        under the following Code of Civil Procedure section:
        [ ] 416.10 (corporation)              [ ] 415.95 (business organization, form unknown)
        [ ] 416.20 (defunct corporation)      [ ] 416.60 (minor)
        [ ] 416.30 (joint stock company/association) [ ] 416.70 (ward or conservatee)
        [ ] 416.40 (association or partnership) [ ] 416.90 (authorized person)
        [ ] 416.50 (public entity)            [ ] 415.46 (occupant)
                                              [ ] other:

7.  **Person who served papers**
    a. Name: Fred W. Schwinn
    b. Address: 12 South First Street, Suite 1014, San Jose, CA 95113-2403
    c. Telephone number: (408) 294-6100
    d. **The fee** for service was: $
    e. I am:
        (1) [ ] not a registered California process server.
        (2) [X] exempt from registration under Business and Professions Code section 22350(b).
        (3) [ ] registered California process server:
            (i)   [ ] owner  [ ] employee  [ ] independent contractor.
            (ii)  Registration No.:
            (iii) County:

8.  [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9.  [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: July 24, 2007

Fred W. Schwinn (SBN 225575)                    ▶ _____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)              (SIGNATURE)

| SHORT TITLE Case 5:07-cv-03186-RMW Document 3 Filed 07/25/2007 Page 4 of 4 | CASE NUMBER |
| --- | --- |
| GRAFF v. WELTMAN, WEINBERG & REIS CO., L.P.A. | C07-03186-RMW-PVT |

MC-020

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | $2.50 |
| Certified Fee | $2.___ | 05 |
| Return Receipt Fee (Endorsement Required) | $___ | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $.00 | JUN 2007 USPS |
| Total Postage & Fees | $ | 06/26/2007 |

Sent To: Alan Weinberg, agent / Weltman, Weinberg
Street, Apt. No.; or PO Box No.: 323 W. Lakeside Ave., Ste. 200
City, State, ZIP+4: Cleveland, OH 44113-1099

7005 3110 0000 4788 4848

PS Form 3800, June 2002 — See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Weltman, Weinberg, & Reis L.P.A.
c/o Alan Weinberg, agent for Service
323 West Lakeside Ave, Ste 200
Cleveland, OH 44113-1099

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X WELTMAN, WEINBERG & REIS CO. L.P.A.  ☐ Agent  ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery: JUL 2 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 3110 0000 4788 4848

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

(*Required for verified pleading*) The items on this page stated on information and belief are *(specify item numbers, **not** line numbers):*

This page may be used with any Judicial Council form or any other paper filed with the court.

Page 3

Form Approved by the Judicial Council of California
MC-020 [New January 1, 1987]
Optional Form
Martin Dean's Essential Forms ™

**ADDITIONAL PAGE**
Attach to Judicial Council Form or Other Court Paper

CRC 201, 501